UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-22658-CIV-SEITZ/SIMONTON

LINDA DIEDEL, an individual,

    Plaintiff,

vs.

SEFARDIK ASSOCIATES, LLC,
a Florida limited liability company,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS** matter is before the Court on the Parties' Joint Stipulation for Dismissal With Prejudice [DE-23]. Upon consideration, it is hereby

**ORDERED** that:

(1) This matter is hereby **DISMISSED WITH PREJUDICE.**

(2) Each party shall bear its own attorney's fees and costs, except as set forth in the settlement agreement.

(3) The Court shall retain jurisdiction to enforce the terms and conditions of the settlement agreement until **May 30, 2014**.

(4) This case is CLOSED.

**DONE AND ORDERED** in Miami, Florida on this 16th day of May, 2012.

                                              PATRICIA A. SEITZ
                                              UNITED STATES DISTRICT JUDGE

Cc: All counsel of record